UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FRANCISCA BARAJAS,<br><br>           Plaintiff,<br>    v.<br><br>N&M DENTAL, MA NGUYEN, and SXUAN NGUYEN,<br><br>           Defendants. | Case No.: 5:13-cv-01174-PSG<br><br>**STANDBY ORDER TO SHOW CAUSE** |

The docket indicates the parties have agreed to fully settle this case.[1]  Accordingly, IT IS HEREBY ORDERED that the parties shall submit a stipulation to dismiss the case no later than December 10, 2013.

IT IS FURTHER ORDERED that if the parties do not file a stipulation to dismiss the case by the above-listed date, the parties shall appear before the court on Wednesday, December 11, 2013, at 10:00 a.m. to show cause why the case should not be dismissed.

---

[1] *See* Docket No. 9 (indicating that the parties had settled).

1
Case No.: 5:13-cv-01174-PSG
ORDER

**IT IS SO ORDERED.**

Dated: October 10, 2013

_____
PAUL S. GREWAL
United States Magistrate Judge

Case No.: 5:13-cv-01174-PSG
ORDER